*George E. O'Connor* for petitioner. *Mr. F. B. Grier* for respondent.

No. 201. BOWMAN *v.* PENNSYLVANIA RAILROAD Co. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Charles A. Ludlow* for petitioner. *Messrs. Frederic D. McKenney, John Spalding Flannery,* and *George Bowdoin Craighill* for respondent.

No. 204. UNITED STATES EX REL. ENDICOTT ET AL. *v.* MELLON, SECRETARY OF THE TREASURY, ET AL. October 13, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. J. Harry Covington, Spencer Gordon,* and *Newell W. Ellison* for petitioners. *Solicitor General Thacher* and *Messrs. Claude R. Branch, Sewall Key, Andrew D. Sharpe, W. Marvin Smith,* and *Clarence M. Charest* for respondent.

No. 207. MEANS *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. John M. Perry, Arthur A. Ballantine,* and *George E. Cleary* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *Fred K. Dyar* for the United States.

No. 211. QUICK ACTION IGNITION Co. ET AL. *v.* MAYTAG Co. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Howard M. Cox* and *Amasa C. Paul* for petition-

ers. *Mr. William H. Davis* for respondent.

No. 212. MARS, EXECUTOR, *v.* McDOUGAL ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. John T. Smith* for petitioner. *Messrs. Daniel A. McDougal, Leonard O. Lytle, William V. Pryor, Charles B. Rockwood,* and *Nathan A. Gibson* for respondents.

No. 213. OSBURN CALIFORNIA CORP. *v.* WELCH, COLLECTOR. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ralph W. Smith* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key, Harvey R. Gamble, W. Marvin Smith, Clarence M. Charest,* and *F. W. DeWart* for respondent.

No. 214. BANK SAVINGS LIFE INS. Co. *v.* BUTLER. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. J. W. Broaddus* and *F. W. McAllister* for petitioner. *Mr. Fred A. Boxley* for respondent.

No. 215. ARONSTEIN *v.* NEW YORK CENTRAL R. Co. October 13, 1930. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Emmet L. Holbrook* for petitioner. *Messrs. Jacob Aronson* and *William Mann* for respondent.